IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHELLE LILLIE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-04-2248 |
| | § | |
| THE WOODLANDS OPERATING COMPANY, L.P., | § | |
| | § | |
| Defendant. | § | |

## ORDER

As the Court has granted Defendant's Motion for Summary Judgment (Document No. 15), the Court hereby

ORDERS that final judgment be entered in favor of Defendant The Woodlands Operating Company, L.P. Plaintiff Michelle Lillie's claims against Defendant are DISMISSED. Plaintiff shall take nothing from Defendant.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 1st day of July, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge